| | | |
|---|---|---|
| Debtor 1 | Michael David Lauber | |
| Debtor 2 | Nicole LeDawn Lauber fka Nicole LaDawn Campbell | |
| | (Spouse, if filing) | |
| United States Bankruptcy Court for the: | | District of Kansas |
| | | (State) |
| Case number | 19-10658-ren | |

**Fill in this information to identify the case:**

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.  See Bankruptcy Rule 3002. 1.**

Name of creditor: Quicken Loans Inc.          Court claim no, (if known): 4

Last 4 digits of any number you use to
identify the debtor's account:   XXXXXX0823

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice:

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 05/02/19 | (5) | $ 250.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: Plan review | 04/25/19 | (11) | $ 150.00 |
| 12. | Other. Specify: Plan objection | 04/26/19 | (12) | $ 500.00 |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Michael David Lauber | | | Case number (if known) | 19-10658-ren |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  s/ Lisa C. Billman  
    Signature

Date: 5/16/19

Print: S Lisa C. Billman  
    First Name    Middle Name    Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100  
    Number                  Street

Overland Park, KS 66213-2660  
City                  State      ZIP Code

Contact phone (913) 663-7600

Email ksbkecf@southlaw.com

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      Page 2

Case 19-10658   Doc#   Filed 05/16/19   Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT WICHITA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Michael David Lauber and Nicole LeDawn Lauber fka Nicole LaDawn Campbell, *Debtors* | ) ) | Case No. 19-10658-ren |
| | ) | |
| Quicken Loans Inc., *Creditor* | ) | Chapter: 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael David Lauber and Nicole LeDawn Lauber fka Nicole LaDawn Campbell, *Debtors* | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| Carl B. Davis, *Trustee* | ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this May 16, 2019 with the United States Bankruptcy Court for the District of Kansas , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Michael David Lauber
Nicole LeDawn Lauber
2102 16th Street
Belleville, KS 66935
**DEBTOR**

Norman E. Douglas, Jr.
220 W. Douglas Ave., Suite 110
Wichita KS  67202
**ATTORNEY FOR DEBTOR**

Carl B. Davis
300 W Douglas Suite 650
Wichita, KS  67202
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS  67202
**U.S. TRUSTEE**

SOUTHLAW, P.C.
 s/ *Lisa C. Billman*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

Case No: 19-10658-ren